IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**REGINA WILSON,**

       **Plaintiff,**

  vs.                                     **Civil Action 2:06-CV-805**
                                              **Judge Frost**
                                              **Magistrate Judge King**

**RIVERSIDE METHODIST MEDICAL
CENTER,** *et al.*,

       **Defendants.**

<u>ORDER</u>

On September 27, 2006, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this action be dismissed for lack of jurisdiction.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  This action is hereby **DISMISSED.**

                                                                                             <u>/s/ Gregory L. Frost</u>
                                                                                                Gregory L. Frost
                                                                           United States District Judge